## BAILY V. SMITH.

Where new matter is plead, or where the traverse goes to only a part of the facts alleged, the plea must conclude with a verification.

ACTION of ejectment for five rods of land and a house. To which a special plea in bar was given.

The plaintiff replied and affirmed new matter inconsistent with the title set up by the defendant, and traversed a part of the facts set forth by the defendant to make out his title, and concluded with a verification.

The defendant demurred specially; and for cause assigned, that the plaintiff ought to have concluded to the country.

Judgment — The replication sufficient. Where no new matter is required, and the traverse goes to all the facts alleged in the plea; it is regular and well to conclude to the country. For in that case a perfect issue is formed. But where new matter is replied, or the traverse does not go to all the facts in the plea; the reply ought to conclude with a verification, to give the other party an opportunity to answer the new matter, or to demur for want of a sufficient traverse. Cowper, 575, Sayre, etc. v. Minns; 2 Burr. 772, Cornwallis v. Savery; 3 id. 1725.